UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN BOYER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>C R BARD INCORPORATED, et al.,<br><br>　　　　　Defendants. | Case No. 1:19-cv-01243-DAD-BAM<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND STAY OF DISCOVERY AND ALL PRETRIAL DEADLINES**<br><br>(Doc. No. 42) |

On November 22, 2019, the Court entered an order granting the parties' joint motion to stay all discovery and pretrial deadlines in these proceedings and to continue the Initial Scheduling Conference to February 6, 2020, while the parties pursued settlement discussions. (Doc. No. 39.) Pending before the court is the parties' joint motion to continue the stay of all discovery and pretrial deadlines and to further continue the Initial Scheduling Conference in this case while they conduct ongoing settlement discussions. (Doc. No. 42.)

Based upon the agreement of the parties and for cause appearing, the Court hereby GRANTS the parties' motion. (Doc. No. 42). All discovery and pretrial deadlines in this action are hereby stayed and the Initial Scheduling Conference currently set for February 6, 2020 is continued to **April 30, 2020 at 09:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. A Joint Scheduling Conference Report, carefully prepared and executed by all counsel, shall be electronically filed in full compliance with the requirements set forth in

1

1 | the Order Setting Mandatory Scheduling Conference (Doc. No. 28) at least one (1) full week prior
2 | to the Scheduling Conference.  A copy shall also be e-mailed, in Word format, to
3 | bamorders@caed.uscourts.gov.  The parties may appear at the conference by telephone with each
4 | party using the following dial-in number and access code: ***dial-in number 1-877-411-9748;***
5 | ***access code 3219139.***  If the parties file a notice of settlement prior to the conference, then the
6 | conference will be vacated.  However, if the parties are unable to reach a settlement, then the
7 | conference will proceed.

IT IS SO ORDERED.

Dated:   **January 16, 2020**                    /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE