UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN L. BOYER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>C R BARD INCORPORATED, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-01243-DAD-BAM<br><br>**ORDER GRANTING MOTION TO WITHDRAW CAROLYN J. CUNEO AS ATTORNEY OF RECORD**<br><br>(Doc. No. 48) |

Currently before the Court is a motion to withdraw Carolyn J. Cuneo as counsel of record for Plaintiff Kathleen L. Boyer ("Plaintiff"). (Doc. No. 48.) Although entitled a motion to withdraw, the motion is in effect a notice of withdrawal and no noticed motion is required as Plaintiff continues to be represented by counsel in this matter. *See* Local Rule 182(d).

Accordingly, for good cause appearing, IT IS HEREBY ORDERED that counsel Carolyn J. Cuneo is WITHDRAWN as counsel for record in this case. The Clerk of Court is directed to terminate Ms. Cuneo as counsel for Plaintiff in the above-captioned matter.

IT IS SO ORDERED.

　Dated:　**March 2, 2020**　　　　　　　　/s/ *Barbara A. McAuliffe*　　
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1